# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Plymouth, Peabody, Lawrence
**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  22-mj-5441, 21-mj-5535-43-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☐ No

**Defendant Information:**
Defendant Name: Charles Nwadavid   Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No
Alias Name: _____
Address: Nigeria
Birth date (Yr only): 1990   SSN (last 4#): ___  Sex: M   Race: ___   Nationality: Nigerian
Defense Counsel if known: _____  Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Mackenzie Queenin   Bar Number if applicable: _____

Interpreter: ☐ Yes  ☐ No   List language and/or dialect: _____

Victims: ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED: ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

Location Status: _____

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/23/2024   Signature of AUSA: *[signature]*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Charles Nwadavid

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1341 | Mail Fraud | I |
| Set 2 | 18 USC 2, 1956(a)(1)(B)(i) | Aiding and Abetting Money Laundering | II |
| Set 3 | 18 USC 956(a)(1)(B)(i) | Money Laundering (Concealment) | III |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**