**Arrival Record**

Admission Number: 421267890 33

OMB No. 1651-0111

PAROLED
Until: 7 MAY 2025
Purpose: SPBP
4/7/25  NW  [officer initials]
(Date) (Location) (Officer)

U.S. DEPARTMENT OF HOMELAND SECURITY

1. Family Name: NWADAVID
2. First (Given) Name: CHARLES
3. Birth Date (DD/MM/YY): [redacted]/9/0
4. Country of Citizenship: NIGERIA
5. Sex (Male or Female): MALE
6. Passport Issue Date (DD/MM/YY): 01/09/20
7. Passport Expiration Date (DD/MM/YY): 31/08/30
8. Passport Number: [redacted]3770
9. Airline and Flight Number: AA81
10. Country Where You Live: NIGERIA
11. Country Where You Boarded: UK
12. City Where Visa Was Issued: LAGOS
13. Date Issued (DD/MM/YY): 
14. Address While in the United States (Number and Street): FBI CUSTODY
15. City and State: DALLAS TX & BOSTON MA
16. Telephone Number in the U.S. Where You Can be Reached: [redacted]5000
17. Email Address: [redacted]

CBP Form I-94 (05/08)

| 22. Occupation | |
|---|---|
| 24. CIS A Number<br>A- 240 137 722 | 25. CIS FCO |
| 26. Petition Number | 27. Program Number |
| 28. ☐ Bond | 29. ☐ Prospective Student |

30. Itinerary/Comments

SPBP per FED ARREST WARRANT

31. TWOV Ticket Number

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Paperwork Reduction Act Statement:** An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number. The control number for this collection is 1651-0111. The estimated average time to complete this application is 8 minutes per respondent. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Asset Management, 1300 Pennsylvania Avenue, NW, Washington DC 20229